# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KAY KIM, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )    No. 1:08-cv-1644-SEB-DML |
| | ) |
| LAURA RITTER, et al., | ) |
| | ) |
| Defendants. | ) |

## Entry and Notice

In response to the plaintiff's request (dkt 162) that the clerk add certain putative defendants to the docket, the Court directed (dkt 167) that the plaintiff "file a statement setting forth any claim and the basis for any claim against the putative defendants identified in paragraph 6 of her request" and directed that she do so no later than March 12, 2010.

The plaintiff has acknowledged receipt of the foregoing instructions through her filing of February 18, 2010, but principally complains of what she perceives as irregularities over the course of this case. Important for the present purpose is that the plaintiff has not complied with the directions in the order referred to above and the time within which she was to do so has passed. The plaintiff seems intent on proceeding in this action based on her own notions and not in accord with the rules and rulings of the Court. This will not do. *James v. McDonald's Corp.,* 417 F.3d 672, 681 (7th Cir. 2005). Accordingly, having failed to supply the information directed in paragraph 2 of the Court's Entry of February 11, 2010, the plaintiff's request that additional individuals be added as defendants in this action is **denied.**

**IT IS SO ORDERED.**

Date: 03/24/2010

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kathy Jo Bradley
OFFICE OF THE INDIANA ATTORNEY GENERAL
kathy.bradley@atg.in.gov

James A. Edgar
J. EDGAR LAW OFFICES, PC.
jamieedgar7@yahoo.com

Akia  Haynes
INDIANA OFFICE OF THE ATTORNEY GENERAL
akia.haynes@atg.in.gov

Jonathan Lamont Mayes
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
jmayes@indygov.org

Kay Kim
542225
4250 Village Parkway Circle, Apt. #2
Indianapolis, IN 46254