# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| KAY KIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:08-cv-1644-SEB-DML |
| | ) | |
| LAURA RITTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Entry Concerning Selected Matters

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff has failed to show a basis for, and the record fails to identify a discernible basis for, the issuance of an entry of default or the issuance of a default judgment against any of the defendants. Accordingly, the plaintiff's request for an entry of default judgment (dkt 197) is **denied.**

2. The plaintiff was given a period of time in which to report "what claim(s) remain and against which defendant(s). As to each claim identified in the plaintiff's report, the plaintiff shall identify the factual basis for it and the relief she seeks based on it." The plaintiff's filing of May 4, 2010, makes reference to these directions but fails to follow them in any meaningful respect, *i.e.,* she has not identified any claim which remains against any defendant(s) and has not identified either the basis for or the relief sought from any claim she believes remains. The court understands the plaintiff's desire to litigate this lawsuit on her terms alone, but that approach is not acceptable. "Once a party invokes the judicial system by filing a lawsuit, it must abide by the rules of the court; a party can not decide for itself when it feels like pressing its action and when it feels like taking a break because trial judges have a responsibility to litigants to keep their court calendars as current as humanly possible." *James v. McDonald's Corp.,* 417 F.3d 672, 681 (7th Cir. 2005), citing *GCIU Employer Ret. Fund v. Chicago Tribune Co.,* 8 F.3d 1195, 1198-99 (7th Cir. 1993)(internal quotations omitted). Accordingly, and equipped with knowledge of the foregoing, the plaintiff shall have through May 19, 2010, in which to comply with the directions in the Entry of April 16, 2010.

**IT IS SO ORDERED.**

Date: 05/05/2010

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kathy Jo Bradley
OFFICE OF THE INDIANA ATTORNEY GENERAL
kathy.bradley@atg.in.gov

James A. Edgar
J. EDGAR LAW OFFICES, PC.
jamieedgar7@yahoo.com

Akia  Haynes
INDIANA OFFICE OF THE ATTORNEY GENERAL
akia.haynes@atg.in.gov

Jonathan Lamont Mayes
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
jmayes@indygov.org

Kay Kim
542225
4250 Village Parkway Circle, Apt. #2
Indianapolis, IN 46254