UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KAY KIM, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:08-cv-1644-TWP-DML |
| ) | |
| LAURA RITTER, ) | |
| ) | |
| Defendant. ) | |

**Entry Concerning Selected Matters**

Before the Court are Plaintiffs Supplement Motion to Reverse Court's Own Order (Dkt. 210), Plaintiffs Demand for Correction of Input of Plaintiff's Document and Re-Rule on Document (Dkt. 211) and Plaintiffs (second) Supplement Motion to Reverse Court's Own Order. The court, having considered the above action and the matters which are pending, makes the following rulings:

1. On March 5, 2010, a Motion to Dismiss IMPD Officer Gregory Wilkes was granted by Judge Barker, based on the court's finding that a plausible claim for relief was not asserted against this Defendant. The Plaintiff's supplement motions to reverse the ruling [dkt 210 and dkt 212] merely recount the disposition of a criminal action brought against the Plaintiff in an Indiana state court. However, neither the recitation of what occurred in the criminal case nor any other portion of the motions set forth a persuasive reason for reinstating the claim against Officer Wilkes. *See Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . ."). The supplemental motions to reverse [dkt 210 and dkt 212] are therefore **DENIED.**

This ruling is made with full awareness of the Plaintiff's petition to reverse filed on June 14, 2010, and the ruling made on such motion on November 30, 2010.

2. The Plaintiff's "Motion to Demand the Correction of Input of Plaintiff's Document and Re-Rule on Docketed #209" appears to ask this court to adjust the docketed date of Dkt. # 209 and to issue an additional or different ruling on Dkt. # 209. In light of the ruling made in paragraph 1 of this Entry, [dkt 211] is **DENIED** as unwarranted .

**IT IS SO ORDERED.**

Date: 09/16/2011

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Kay Kim
4250 Village Parkway Circle, Apt. #2
Indianapolis, IN 46254